UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC | CIVIL ACTION NO.: 21-1048 L(3) |
| VERSUS | JUDGE: ELDON E. FALLON |
| THE NICKS LAW FIRM, LLC and SHANTRELL NICKS | MAGISTRATE: DANA DOUGLAS |

## CONSENT JUDGMENT

Plaintiff, Schonekas, Evans, McGoey & McEachin, LLC, and Defendants, The Nicks Law Firm, LLC and Shantrell Nicks, by their signatures below, represent to the Court that the parties have agreed to the entry of a Consent Judgment resolving all claims asserted in the Complaint filed in this matter, and the Court hereby enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Plaintiff, Schonekas, Evans, McGoey & McEachin, LLC, and against Defendants, The Nicks Law Firm, LLC and Shantrell Nicks, jointly and solidarily, in the full and true sum of eighty-nine thousand two hundred seventy-eight & 87/100 ($89,278.87) Dollars, plus interest at the maximum legal rate from June 1, 2021, until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Plaintiff, Schonekas, Evans, McGoey & McEachin, LLC, and against Defendants, The Nicks Law Firm, LLC and Shantrell Nicks, jointly and solidarily, for reasonable attorney's fees and court costs incurred in connection with the filing and prosecution of this action

in the full and true sum of two thousand five hundred seventy-five & 00/100 ($2,575.00) Dollars, plus interest at the maximum legal rate from the date of the entry of this Consent Judgment until paid.

Thus done and rendered on the 20th day of July, 2021.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:

PLAINTIFF:

_____
Patrick McGoey, 24549
Andrea V. Timpa, 29455
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
patrick@semmlaw.com
andrea@semmlaw.com

DEFENDANTS:

_____
Shantrell Nicks, individually and on behalf of
The Nicks Law Firm, LLC
2531 Colonnades Drive
Mobile, Alabama 36695
Telephone: (228) 896-6425
shnicksesq@icloud.com